FILED
CLERK, U.S. DISTRICT COURT

AUG - 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Jack T. Noe, et al.,*<br><br>             Plaintiffs,<br><br>     v.<br><br>*Federal Deposit Insurance Corporation, et al.,*<br><br>             Defendants. | CASE NO. CV 08-7140-GHK (FMOx)<br><br>**JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)** |

Pursuant to our July 2, 2012 and August 3, 2012 Orders, **IT IS HEREBY ADJUDGED** that Plaintiffs Jack T. Noe and Carolyn D. Noe's claims against Defendants Federal Deposit Insurance Corporation and JPMorgan Chase Bank, N.A. are **DISMISSED with prejudice.** Pursuant to Fed. R. Civ. P. 54(b), we expressly determine that there is no just reason for delay, and we therefore direct entry of this judgment.

**IT IS SO ORDERED.**

DATED: August 3, 2012

_____
GEORGE H. KING
United States District Judge