FILED
CLERK, U.S. DISTRICT COURT
AUG - 3 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                                  DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Jack T. Noe, et al.*,<br>　　　　　Plaintiffs,<br>　　　v.<br>*Federal Deposit Insurance Corporation, et al.*,<br>　　　　　Defendants. | CASE NO. CV 08-7140-GHK (FMOx)<br><br>**JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)** |

　　Pursuant to our July 2, 2012 and August 3, 2012 Orders, **IT IS HEREBY ADJUDGED** that Plaintiffs Jack T. Noe and Carolyn D. Noe's claims against Defendants Federal Deposit Insurance Corporation and JPMorgan Chase Bank, N.A. are **DISMISSED with prejudice.** Pursuant to Fed. R. Civ. P. 54(b), we expressly determine that there is no just reason for delay, and we therefore direct entry of this judgment.

　　**IT IS SO ORDERED**.

DATED: August 3, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge