JS - 6

FILED: 8/17/12

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Jack T. Noe, et al.*, | CASE NO. CV 08-7140-GHK (FMOx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| *Federal Deposit Insurance Corporation, et al.*, | |
| Defendants. | |

Pursuant to our August 17, 2012 Order, **IT IS HEREBY ADJUDGED** that Plaintiffs Jack T. Noe and Carolyn D. Noe's ("Plaintiffs") claims against Defendants SMR Financial Services, Inc. and Sean M. Reynolds are **DISMISSED without prejudice**.

**IT IS SO ORDERED**.

DATED: August 17, 2012

_____
GEORGE H. KING
United States District Judge